

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 10-51175 |
| JOSHUA and HOLLI MASTERSON, | Chapter 17 |
| Debtor. | Date: October 8, 2010<br>Time: 1:30 p.m. |

**MEMORANDUM**

Movant Deutsche Bank National Trust seeks relief from the automatic stay with respect to real property located in Reno, Nevada.

Neither the debtor nor the trustee have filed written opposition on or before 14 days prior to the hearing as required by Local Bankruptcy Rule 9014(d)(1).  This is considered as consent to the granting of the motion.  <u>Cf.</u> <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995).  Further, because the court will not materially alter the relief requested by the moving party, an actual hearing is unnecessary.  <u>See</u> <u>Boone v. Burk (In re Eliapo)</u>,

468 F.3d 592 (9th Cir. 2006). Therefore, the defaults of the above-mentioned parties in interest are entered and the matter will be resolved without oral argument.

The motion will be granted pursuant to 11 U.S.C. § 362(d)(2) to permit the movant to conduct a nonjudicial foreclosure sale and to obtain possession of the subject property following sale.

The motion is granted in part pursuant to 11 U.S.C. § 362(d)(2) in order to permit the movant to conduct a nonjudicial foreclosure sale and to obtain possession of the subject real property following the sale. All other relief is denied.

The subject real property has a value of $140,000 and is encumbered by a perfected deed of trust or mortgage in favor of the movant. That security interest secures a claim of approximately $203,000. After considering all other liens and security interests, if any, there is no equity and there is no evidence that the subject real property is necessary to a reorganization or that the trustee can administer the subject real property for the benefit of creditors.

Because the movant has not established that the value of its collateral exceeds the amount of its secured claim, the court awards no fees and costs. 11 U.S.C. § 506(b).

The 14-day stay of Fed. R. Bankr. P. 4001(a)(3) will not be waived.

Counsel for the movant shall lodge a conforming order.